IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER a/s/o MARK REEVES,<br><br>    Plaintiffs,<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC.; PSE&G; ABC CORP. (1-10)(Said names being fictitious and unknown entities)<br><br>    Defendants. | CIVIL ACTION NO.: 12-02478 |

## NOTICE OF MOTION

TO:   Andrew R. Bronsnick, Esquire
      Massood & Bronsnick LLP
      50 Packanack Lake Road East
      Wayne, NJ 07470-5834

**PLEASE TAKE NOTICE** that Defendant Horizon Blue Cross Blue Shield of New Jersey ("Horizon"), by its undersigned counsel, shall move for an Order dismissing Plaintiff's Complaint before the United States District Court for the District of New Jersey, M.L. King Jr., Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey on June 18, 2012, at 9:00 a.m. or as soon thereafter as counsel may be heard.

2709335-01

In support of this Motion, Defendant Horizon Blue Cross Blue Shield of New Jersey shall rely on the accompanying memorandum of law.

        CONNELL FOLEY LLP
        Liberty View
        457 Haddonfield Road, Suite 230
        Cherry Hill, New Jersey 08002
        (856) 317-7100

        *Attorneys for Defendant*
        *Horizon Blue Cross Blue Shield of New*
        *Jersey*

BY: _____
        Matthew A. Baker, Esquire

DATE:   May 17, 2012