UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MONTVALE SURGICAL CENTER a/s/o MARK REEVES**<br><br>**Plaintiff,**<br><br>v.<br><br>**HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY; PSE&G; ABC CORP. 1-10,**<br><br>**Defendants.** | Civ. No. 12-2478 (WJM)<br><br>**ORDER** |

**THIS MATTER** comes before the Court on Defendant Horizon Blue Cross Blue Shield of New Jersey's ("Horizon's") motion to dismiss; for the reasons set forth in the accompanying Opinion; and for good cause appearing;

**IT IS** on this 6th day of December 2012, hereby,

**ORDERED** that Horizon's motion is **GRANTED**; and it is further

**ORDERED** that Horizon is **DISMISSED WITHOUT PREJUDICE** as a party in this action;

**ORDERED** that Plaintiff may file an Amended Complaint, in accordance with the accompanying Opinion, within thirty (30) days from the date of this Order.

                                                      /s/William J. Martini
                                          **WILLIAM J. MARTINI, U.S.D.J.**