UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


-----------------------------

MONTVALE SURGICAL CENTER, LLC,

      Plaintiff,

     V.                        Civil No. 2:12-2478WJM

PSE&G,

      Defendant.

-----------------------------

NOTICE OF CALL FOR DISMISSAL
<u>PURSUANT TO F.R.Civ.P. 4(m)</u>


     PLEASE TAKE NOTICE that the above-captioned action will be dismissed on February 4, 2013 failure to effect service of the Summons and Complaint within 120 days of the filing of the Complaint, unless you establish that service was effected within said 120 days, by filing proof of service with the Clerk of the Court **<u>before</u>** the return date of this notice.  If proof of service is not filed before the return date, counsel/litigant shall demonstrate to the Court why this action should not be dismissed.


                     WILLIAM T. WALSH, CLERK

          By     S/Gail A. Hansen
                 _____
                 Gail A. Hansen, Deputy Clerk