UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| MONTVALE SURGICAL CENTER, LLC, a/s/o MARK REEVES,<br><br>Plaintiff<br><br>vs.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NJ; PSE&G, ABC CORP.<br><br>Defendants. | CIVIL ACTION NO. 2:12-cv-02478 |
|---|---|
| **DISCLOSURE STATEMENT** ||

The undersigned counsel for Defendant PSE&G, certifies that this party is a non-governmental corporate party and that:

☐ This Party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

<u>Public Service Enterprise Group</u>

OR

☐ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock

<u>/s/ Robert L. Sanchez</u>             <u>Law Offices of William E. Frese</u>
Signature of Attorney            Name of Firm

<u>Robert L. Sanchez, Esq.</u>            <u>80 Park Plaza; T5-D, Newark, NJ 07101</u>
Print Name            Address

<u>January 30, 2013</u>
Date

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on Other Documents.
4. Select Corporate Disclosure Statement.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the NEXT button.