UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MONTVALE SURGICAL CENTER, LLC,**<br><br>           Plaintiff,<br><br>    v.<br><br>**HORIZON BLUE CROSS BLUE SHIELD OF NJ, et al.,**<br><br>           **Defendants**. | Civil Action No. 12-2478 (WJM)<br><br><br>ORDER<br>SCHEDULING CONFERENCES |

**IT IS** on this 31st day of May, 2013

**ORDERED** that there shall be a telephone status conference before the Undersigned on **Friday, June 14, 2013** at **11:30 a.m.**  It shall be plaintiff's counsel's responsibility to arrange for and initiate the conference call; and it is further

**ORDERED** that there shall be an in-person status/settlement conference before the Undersigned on **Friday, July 12, 2013** at **10:00 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.  **IN ADDITION TO AND WHOLLY SEPARATE FROM COUNSEL, INDIVIDUAL CLIENTS ARE REQUIRED TO ATTEND THE CONFERENCE IN PERSON**. There shall be no adjournments absent extraordinary circumstances.

              /s/ Mark Falk              
**MARK FALK**
**United States Magistrate Judge**