UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MONTVALE SURGICAL CENTER, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**HORIZON BLUE CROSS BLUE SHIELD OF NJ, et al.,**<br><br>Defendants. | Civil Action No. 12-2478 (WJM)<br><br><br>**ORDER** |

**IT IS** on this 2nd day of July 2013,

**ORDERED** that there shall be an **in-person** case management and settlement conference before the Undersigned on **Friday, July 19, 2013** at **10:30 a.m.** at the United States Post Office & Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.  In addition to and wholly separate from counsel, a representative of the Plaintiff and chief principals of any corporations shall be required to attend the conference **in-person**. This conference will <u>not</u> be adjourned absent extenuating circumstances.  Failure to comply with this Order will result in the imposition of the full range of available sanctions.  <u>See</u> Fed. R. Civ. P. 16(f), 37.

   /s/ Mark Falk
**MARK FALK**
**United States Magistrate Judge**