UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------X
MONTVALE SURGICAL CENTER, LLC,
et al

      Plaintiffs,           2:12-cv-2478WJM

v.

                        ORDER OF DISMISSAL

HORIZON BLUE CROSS BLUE SHIELD,
PSE&G,

      Defendants.
---------------------------X


    The parties having notified the Court that the above action has been settled,

    It is on this 2nd day of July, 2013

    ORDERED that this matter be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.


                    s/William J. Martini

                    _____

                    WILLIAM J. MARTINI, U.S.D.J.